**ORIGINAL**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x **CV 18-4180**

J.T. on behalf of T.T.,

                                  Plaintiff,      **DeARCY HALL, J.**

vs.                                                  **BLOOM, M.J.**

NEW YORK CITY DEPARTMENT OF EDUCATION,

                                  Defendant.
-----------------------------------------------------------------x

Upon the affidavit and Memorandum of Jerry Geza Toth sworn to on the 26th day of July, 2018, and upon the complaint hereto attached, it is ORDERED, that the above-named defendant show cause before this Court, at Room _____, United States Courthouse, 225 Cadman Plaza East, Brooklyn, N.Y. 11201 on July 26, 2018 at _____ o'clock in the _____ noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the F.R. Civ. P., for an order that the Department provide pendency to the plaintiff based upon the educational program most recently agree between the parties, embodied in a Stipulation dated February 9, 2018, and it is further ORDERED that a copy of this order, together with the papers upon which it is granted be personally served upon the defendant or its attorney on or before July 25, 2018 by 6:00PM and that such service be deemed good and sufficient.

Dated: New York, N.Y.

       July   , 2018

                                                                    _____
                                                                      United States District Judge